Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Debra Janet Dyer-Pagel,**

Defendant.

Docket No. 0:02CR00375-001(DWF)

On March 5, 2003, the above defendant was placed on supervision for a period of 3 years probation. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 22 day of Nov, 2005.

Honorable Donovan W. Frank
U.S. District Judge

SCANNED
NOV 25 2005
U.S. DISTRICT COURT ST. PAUL

NOV 23 2005
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD